◆PS 42
(Rev. 7/93)

# United States District Court
## District of

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Marquis Mitchell | ) Case | 2:08CR0085-LRS-2 |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 02 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Marquis Mitchell____, have discussed with ____Jayne Frost____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Condition number eleven (11) which reads "Defendant shall be on home detention and remain in the approved home at all times unless his absence is requested by the Government and this absence from the home is approved by the U.S. Probation Department", be removed and the defendant no longer be subject to home detention.

I consent to this modification of my release conditions and agree to abide by this modification.

x _[signature]_ Marqs Mtchll         6-23-09            _[signature]_ Jayne Frost        6/23/09
Signature of Defendant              Date                Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

x _[signature]_                                                                6/23/09
Signature of Defense Counsel                                                    Date

☒ The above modification of conditions of release is ordered, to be effective on ___7/2/09___.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                                                  7/2/09
Signature of Judicial Officer                                                   Date